ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2013 AUG 16 AM 11:30
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUMINANT GENERATION COMPANY, LLC, and BIG BROWN POWER COMPANY, LLC,

Defendants.

3-13CV-3236K

# NOTICE OF RELATED CASE

The United States of America provides notice pursuant to LR 3.3, that this complaint is related to the following cases in the United States Circuit Court of Appeals for the Fifth Circuit:

*Luminant Generation Co., LLC, et. al. v. EPA, et. al,* appeal case number 12-60694 (5th Cir.), which was filed in response to a petition for review of an agency decision, EPA-HQ-2012-TX-01, and a decision is pending; and

*Luminant Generation Co., LLC, et. al. v. EPA,* appeal case number 13-60538 (5th Cir.), which was in response to a petition for review of an agency decision, EPA-HQ-2012-TX-01, and a decision is pending.

DATED this 16th of August, 2013 Respectfully submitted,

Robert G. Dreher
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

s/ Bradford T. McLane
Bradford T. McLane
Anna E. Cross
Elias L. Quinn
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 305-0544
Email: Bradford.McLane@usdoj.gov

Sarah R. Saldaña
United States Attorney for the Northern District of Texas
Dimitri Rocha
Assistant United States Attorney
United States Attorney's Office, Northern District of Texas
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
Phone: (214) 659-8650
Email: Dimitri.Rocha@usdoj.gov

OF COUNSEL:

Leonard E. Schilling Jr., Assistant Regional Counsel
Office of Regional Counsel (RC-EA)
U.S. Environmental Protection Agency, Region 6
1445 Ross Avenue, Suite 1200
Dallas, TX 75202-2733

Seema Kakade, Attorney Advisor
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency, Headquarters
1200 Pennsylvania Avenue N.W.
Washington DC 20460

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2013 a copy of the foregoing Notice of Related Case was filed with the Clerk's Office and served by electronic mail and United States mail on the following counsel for Defendants.

Stephanie Zapata Moore, Esq.
General Counsel
Luminant Generation Company, LLC
Big Brown Power Company, LLC
1601 Bryan Street, 22nd Floor
Dallas, Texas 75201
E-mail: Stephanie.moore@luminant.com

C. Grady Moore, III, Esq.
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642
e-mail: gmoore@balch.com

s/ Bradford T. McLane
Bradford T. McLane
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice