IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:13-CV-3236-K |
| | § | |
| LUMINANT GENERATION | § | |
| COMPANY, LLC, and BIG BROWN | § | |
| COMPANY, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Complaint Under Seal, filed on August 16, 2013.

The Motion is GRANTED. The Complaint filed on August 16, 2013, is hereby sealed pending further order of the Court.

Signed August 21st, 2013.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE