# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 3:13-cv-3236-K |
| LUMINANT GENERATION | ) |
| COMPANY LLC and BIG BROWN | ) |
| POWER COMPANY | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS
## BY DEFENDANTS LUMINANT GENERATION COMPANY LLC
## AND BIG BROWN POWER COMPANY LLC

Defendants Luminant Generation Company LLC and Big Brown Power Company LLC (collectively, "Defendants") respectfully move this Court to dismiss with prejudice Counts 1–8 of the United States' complaint (Doc. 2) on three grounds: (1) Counts 1–3 & 6 are time-barred by the five-year statute of limitations at 28 U.S.C. § 2462; (2) Counts 7 & 8 fail to state a claim; and (3) Counts 1–8 must be dismissed because the United States Environmental Protection Agency failed to comply with the mandatory pre-suit notice requirements in 42 U.S.C. § 7413(a)(1) before commencing this action. This motion to dismiss is accompanied by a brief setting forth Defendants' contentions of fact and law, argument, and authorities and a separate appendix containing materials cited in the brief.

Dated: November 22, 2013   Respectfully submitted,

/s/ P. Stephen Gidiere III

**William B. Dawson**
Texas State Bar No. 05606300
**Michael L. Raiff**
Texas State Bar No. 00784803
**Russell H. Falconer**
Texas State Bar No. 24069695
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, Texas 75201
Phone: (214) 698-3132
Fax: (214) 571-2919
Email: wdawson@gibsondunn.com
          mraiff@gibsondunn.com
          rfalconer@gibsondunn.com

**P. Stephen Gidiere III**
Texas State Bar No. 24077984
**C. Grady Moore, III**
Alabama State Bar No. ASB8266O74C
**Thomas L. Casey, III**
Alabama State Bar No. ASB5572A27C
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Phone: (205) 251-8100
Fax: (205) 488-5694
Email: sgidiere@balch.com
          tcasey@balch.com

**Daniel Jude Kelly**
Texas State Bar No. 24041229
Associate General Counsel
Energy Future Holdings Corp.
1601 Bryan Street, 43rd Floor
Dallas, Texas 75201
Phone: (214) 812-7182
Fax: (214) 812-6075
Email:
dan.kelly@energyfutureholdings.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 22nd day of November, 2013, I electronically filed the foregoing Motion to Dismiss with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Bradford T. McLane  
U.S. Department of Justice  
Environment & Natural Resources Division  
601 D Street NW  
Washington, DC 20004  

Dimitri Narciso Rocha  
United States Attorney's Office  
1100 Commerce Street  
Third Floor  
Dallas, TX 75242  

Anna E. Cross  
U.S. Department of Justice  
Environment & Natural Resources Division  
P.O. Box 7611  
Ben Franklin Station  
Washington, DC 20044-7611  

Elias L. Quinn  
U.S. Department of Justice  
Environment & Natural Resources Division  
P.O. Box 7611  
Ben Franklin Station  
Washington, DC 20044-7611  

/s/ P. Stephen Gidiere III  
Counsel for Defendants