# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>LUMINANT GENERATION )<br>COMPANY, LLC, and BIG BROWN )<br>POWER COMPANY, LLC )<br>  )<br>Defendants. ) | Civil Action No. 3:13-cv-3236-K |

## SIERRA CLUB'S MOTION FOR LEAVE TO INTERVENE

Sierra Club respectfully moves to intervene in the above-captioned proceeding pursuant to Section 304 of the Clean Air Act and Fed. R. Civ. P. 24(a). Section 304(b)(1)(B) provides that "any person may intervene as a matter of right" in a Clean Air Act enforcement suit brought by EPA or a state. 42 U.S.C. § 7604(b)(1)(B). The motion is unopposed by the plaintiff and opposed by the defendants, as noted in the accompanying Certificate of Conference. A brief setting forth Sierra Club's contentions of fact and law, argument, and authorities accompanies this motion.

Dated: December 23, 2013                    Respectfully submitted,

*/s/ Leighton Durham*
Leighton Durham
Kelly, Durham & Pittard, LLP
PO Box 224626
Dallas, Texas 75222
214-946-8000 Telephone
214-946-8433 Facsimile

**ATTORNEYS FOR SIERRA CLUB**

## CERTIFICATE OF CONFERENCE

I hereby certify that, in accordance with Local Rule 7.1, conferences were held between December 12, 2013 and December 20, 2013 in which in-house counsel for Sierra Club conferred with Stephen Gidiere and Michael Raiff, counsel for the defendants, as to the motion to intervene. The parties could not reach agreement on the motion because they could not reach agreement as to the terms of Sierra Club's intervention.

*/s/Leighton Durham*

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December, 2013, I electronically filed the foregoing Motion for Leave to Intervene with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

William B. Dawson
Michael L. Raiff
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, Texas 75201
wdawson@gibsondunn.com
mraiff@gibsondunn.com

P. Stephen Gidiere III
C. Grady Moore, III
Thomas L. Casey, III
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
sgidiere@balch.com
tcasey@balch.com

Daniel Jude Kelly
Associate General Counsel
Energy Future Holdings Corp.
1601 Bryan Street, 43rd Floor
Dallas, Texas 75201
dan.kelly@energyfutureholdings.com

Bradford T. McLane
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW
Washington, DC 20004
bradford.mclane@usdoj.gov

Dimitri Narciso Rocha
United States Attorney's Office
1100 Commerce Street
Third Floor
Dallas, TX 75242
dimitri.rocha@usdoj.gov

Anna E. Cross
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611
anna.cross@usdoj.gov

Elias L. Quinn
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611

/s/ Leighton Durham