UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUMINANT GENERATION ) <br> COMPANY, LLC, and BIG BROWN ) <br> POWER COMPANY, LLC ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 3:13-cv-3236-K |

[PROPOSED] ORDER GRANTING SIERRA CLUB'S MOTION
FOR LEAVE TO INTERVENE

Before the Court is Sierra Club's Motion for Leave to Intervene. Having considered all relevant papers and pleadings, the Court hereby orders that the motion is GRANTED.

Signed on this _____ day of _____, 2013

_____
**HON. JAMES E. KINKEADE**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**