UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>      Plaintiff,                              )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>LUMINANT GENERATION COMPANY,  )<br>LLC and BIG BROWN POWER            )<br>COMPANY, LLC,                              )<br>                                                              )<br>      Defendant.                            )<br>                                                              )<br>                                                              ) | CIVIL ACTION NO.<br>3:13-CV-03236-K |

**LUMINANT GENERATION COMPANY LLC'S AND BIG BROWN POWER COMPANY LLC'S NOTICE OF SCOPE OF NON-OPPOSITION TO SIERRA CLUB'S <u>MOTION FOR LIMITED INTERVENTION</u>**

Defendants Luminant Generation Company LLC and Big Brown Power Company, LLC (collectively, "Defendants") file this Notice to clarify that their non-opposition to Sierra Club's motion (Doc. 76) is based upon Sierra Club's limiting its intervention to the two remaining claims in the government's case—Counts 4 and 9. During the parties' meet-and-confer email correspondence dated September 14, 2015, Defendants stated their non-opposition on agreement that Sierra Club's intervention is now limited to the two remaining clams in the government's case. Indeed, the agreed-to Motion[1] includes, among other limitations, the condition that "Sierra Club may not expand the litigation's scope by introducing new claims or expanding the scope of the government's claims." Doc. 76 at 2. By Order dated August 21, 2015, the Court dismissed 7 of the government's 9 claims, leaving only Counts 4 and 9 remaining in the case. Doc. 71.

---

[1] Defendants agreed to not oppose this Motion as part of a settlement agreement with Sierra Club executed in November 2014. *See* Notice of Satisfaction of Judgment, Exhibit 1, *Sierra Club v. Energy Future Holdings Corp.*, ECF No. 309, No. W-12-cv-108, (W.D. Tex. Jan. 6, 2015).

Thus, consistent with the Motion and the Court's Order, Sierra Club's intervention should be permitted and is unopposed with respect to Counts 4 and 9 only, in accordance with the additional conditions and limitations on Sierra Club's participation set out in the Motion.

Dated: September 15, 2015

Respectfully submitted,

/s/ *Mike Raiff*
**William B. Dawson**
  Texas State Bar No. 05606300
**Michael L. Raiff**
  Texas State Bar No. 00784803
**Russell H. Falconer**
  Texas State Bar No. 24069695
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, Texas 75201
Phone: (214) 698-3132
Fax: (214) 571-2919
Email: wdawson@gibsondunn.com
          mraiff@gibsondunn.com
          rfalconer@gibsondunn.com

**P. Stephen Gidiere III**
  Texas State Bar No. 24077984
**C. Grady Moore, III**
  Texas State Bar No. 24093506
**Thomas L. Casey, III**
  Alabama State Bar No. ASB5572A27C
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Phone: (205) 251-8100
Fax: (205) 488-5694
Email: sgidiere@balch.com
          tcasey@balch.com

**Daniel Jude Kelly**
  Texas State Bar No. 24041229
Associate General Counsel
Energy Future Holdings Corp.
1601 Bryan Street, 43rd Floor
Dallas, Texas 75201

Phone: (214) 812-7182
Fax: (214) 812-6075
Email: dan.kelly@energyfutureholdings.com