IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff, and*<br><br>SIERRA CLUB,<br><br>*Plaintiff-Intervenor,*<br><br>v.<br><br>LUMINANT GENERATION COMPANY, LLC, and BIG BROWN POWER COMPANY, LLC,<br><br>*Defendants.* | Civil Action No: 3:13-cv-3236-K |

### ORDER

The Plaintiff's Motion for Entry of Judgment Pursuant to Rule 54(b) and to Stay the Remaining Proceedings Pursuant to Rule 16(b)(4) (Doc. No. 87) is before the Court. The Court carefully considered the Motion, response, Plaintiff-Intervenor's memorandum in support, all related filings submitted by the parties, and the applicable law. The Court **DENIES** the Motion.

**SO ORDERED.**

Signed January 27th, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE