# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# (DALLAS DIVISION)

| | | |
|---|---|---|
| United States, | ) | Civil Action No. 3:13-CV-3236-K |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Luminant Generation Company, LLC, and | ) | |
| Big Brown Power Company, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT DESIGNATION OF SUBSTITUTE MEDIATOR

Pursuant to the Court's Scheduling Order (Doc. No. 66) of June 16, 2015, the parties jointly designate the following mediator, as a substitute for the previously designated mediator who was already booked the first two weeks of February:

> The Honorable Karen Brown Willcutts (Ret.)
> JAMS
> 8401 N. Central Expressway, Suite 610
> Dallas, Texas 75225
> (214) 891-4523 (telephone)
> (214) 720-6010 (facsimile)

Dated: February 4, 2016

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Claire Woods*
ANNA CROSS
KATHERINE VANDERHOOK-GOMEZ
CLAIRE WOODS
IVA ZIZA
DANIEL SMITH
Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611
Telephone: 202.305.0402
Facsimile:  202.514.0097
claire.woods@usdoj.gov

JOHN R. PARKER
United States Attorneys for the Northern
  District of Texas

DIMITRI ROCHA
Assistant United States Attorney
United States Attorney's Office,
  Northern District of Texas
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699

FOR LUMINANT GENERATION
COMPANY, LLC AND BIG BROWN
POWER COMPANY, LLC

*/s/ Michael L. Raiff*
William B. Dawson, SBN 05606300
wdawson@gibsondunn.com
Michael L. Raiff, SBN 00784803
mraiff@gibsondunn.com
Russell H. Falconer, SBN 24069695
GIBSON, DUNN & CRUTCHER, LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone:  214.698.3100
Facsimile:  214.571.2900

P. Stephen Gidiere, III, SBN 24077984
sgidiere@balch.com
C. Grady Moore, III
gmoore@balch.com
Alabama State Bar No. ASB8266O64C
Thomas Lee Casey, III
tcasey@balch.com
Alabama State Bar No. ASB5572A27C
BALCH & BINGHAM LLP
1901 Sixth Ave. North, Suite 1500
Birmingham, AL 35203
Telephone:  205.226.8735
Facsimile:  205.488.5694

Daniel J. Kelly, SBN 24041229
dan.kelly@energyfutureholdings.com
Associate General Counsel
ENERGY FUTURE HOLDINGS CORP.
1601 Bryan Street, 43rd Floor
Dallas, Texas 75201
Telephone:  214.812.7182
Facsimile:  214.812.6075

## CERTIFICATE OF SERVICE

On February 4, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by the Federal Rule of Civil Procedure 5(b)(2).

s/ *Claire H. Woods*
Claire H. Woods